UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB -1 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| COURTLEND GREEN, | ) 4:23CR030 AGF/SPM |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 3, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**COURTLEND GREEN,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title 18, United States Code Section 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about January 3, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**COURTLEND GREEN,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance drug,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT THREE

The Grand Jury further charges that:

On or about January 3, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**COURTLEND GREEN,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code Section 841(b)(1)(C).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney